# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENYON NEAL LYLE, JR.,<br><br>               Petitioner,<br><br>   v.<br><br>JACK FOX, Warden,<br><br>               Respondent. | Case No. CV 15-0221-CJC (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation have been filed within the time allowed for Objections. The Court accepts the findings and recommendations of the Magistrate Judge.

    IT IS ORDERED that the Petition is denied, and Judgment shall be entered dismissing the action with prejudice.

DATED: May 18, 2016

                                                     CORMAC J. CARNEY<br>
                                     UNITED STATES DISTRICT JUDGE