JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENYON NEAL LYLE, JR., <br><br> Petitioner, <br><br> v. <br><br> JACK FOX, Warden, <br><br> Respondent. | Case No. CV 15-0221-CJC (JEM) <br><br> **J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: May 18, 2016

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE